# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 22, 2023

## NO. 03-23-00376-CV

**City of Austin, Appellant**

**v.**

**Caroline Nelson, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND SMITH
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the order signed by the trial court on June 1, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.